JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY F. MINOR,<br><br>        Plaintiff<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No: 2:21-cv-00448-ADS<br><br>**JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE:  9/17/2021              /s/ Autumn D. Spaeth
                                               THE HONORABLE AUTUMN D. SPAETH
                                               United States Magistrate Judge